**E-filed 9/21/05**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR DOMINGUEZ | ) | No. C 05-0725 HRL |
| | ) | |
| Plaintiff, | ) | **STIPULATION SELECTING ADR** |
| | ) | **PROCESS [ADR L.R. 3-5]** |
| v. | ) | |
| | ) | |
| SIEMENS CORPORATION, DOES 1 to 20, | ) | **ADR CERTIFICATION** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

__ Arbitration      __ ENE      __ Mediation

*(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

**Private Process:**

  **X**  Private ADR (*please identify process and provider*): Mediation with Jerry Spolter of Jams

(*For e-filers, please consult General Order No. 45, Section X regarding signatures.*)

Dated:    5/31/05              /s/ Hector E. Ramon
                                Attorney for Plaintiff

Dated:    5/31/05              /s/ Bernard Gehlhar
                                Attorney for Defendant

**STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION**

Rev 4/01

 9/21/05 IT IS SO ORDERED.    Jeremy Fogel /s/electronic signature authorized
                              United States District Court Judge

155175.1

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

**Dated:** __5/31/05__        _____Oscar Dominguez_____
                              **[Plaintiff]**

**Dated:** __5/31/05__        _____Hector E. Ramon_____
                              **[Counsel for Plaintiff]**

**Dated:** __5/31/05__        _____Siemens Corporation_____
                              **[Defendant]**

**Dated:** __5/31/05__        _____Donald P. Eichhorn_____
                              **[Counsel for Defendant]**

**NOTE:** You also must concurrently submit a copy of any ADR Forms filed to the ADR Unit by fax (415-522-4112), hand delivery (ADR Program, 450 Golden Gate Avenue, 16th Floor, Room 16-6892, San Francisco, CA) or as a PDF attachment by email to adr@cand.uscourts.gov.

**STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION**

Rev 4/01

155175.1

**Attestation Pursuant to General Order No. 45, Section X**

The concurrence in the electronic filing of this document has been obtained from the signatories.

Dated: May 31, 2005   __/s/ Bernard Gehlhar_____

**STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION**

Rev 4/01

155175.1