**E-filed 6/28/06**

Teresa S. Renaker – CA State Bar No. 187800
Claire Kennedy-Wilkins – CA State Bar No. 231897
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
ckwilkins@lewisfeinberg.com
trenaker@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE SCOTT, | |
| Plaintiff, | Case No. 05-00275 JF (PVT) |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR DE NOVO REVIEW** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and CISCO SYSTEMS, INC. LONG-TERM DISABILITY PLAN, | |
| Defendants. | |

WHEREAS, on May 4, 2006, the Court granted Plaintiff's motion for leave to conduct discovery going to her claims under ERISA §§ 502(a)(1)(B) and 502(a)(3), 29 U.S.C. §§ 1132(a)(1)(B), (a)(3), and

WHEREAS, on May 5, 2006, the Court granted Defendants' motion for judgment on the pleadings as to Plaintiff's ERISA § 502(a)(3) claim and allowed Plaintiff 30 days within which to amend the complaint, and

WHEREAS, Plaintiff has not amended her complaint, and

WHEREAS, the parties wish to avoid the expense and delay of conducting discovery and motions going to the appropriate standard of review of Plaintiff's ERISA § 502(a)(1)(B) claim,

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE

1  PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, THAT:

2      1.    Plaintiff's claim for benefits under ERISA § 502(a)(1)(B) shall be reviewed *de novo* by the Court.

4      2.    The Court's order for *de novo* review based on this stipulation shall render the discovery requests previously served by Plaintiff in this matter moot, and Defendant shall have no obligation to respond to these discovery requests.

7      3.    On *de novo* review, the parties will not conduct any discovery in this action, including but not limited to any discovery regarding the standard of review or the merits of Plaintiff's claims.

10      4.    Notwithstanding the above, if the parties' stipulation regarding the application of *de novo* review is rejected by the Court, Plaintiff shall have 90 days from the date of such rejection to complete the discovery permitted in the Court's Order of May 4, 2006.

DATED: June 20, 2006                   LEWIS, FEINBERG,
                                                  RENAKER & JACKSON, P.C.

By: /s/ Teresa S. Renaker

Teresa S. Renaker
Claire Kennedy-Wilkins
Attorneys for Plaintiff

DATED: June 23, 2006                   GREEN & HUMBERT

By: Horace Green

Horace Green
Joanne Ryan

Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: June 23, 2006        /s/ Teresa S. Renaker
                                  Teresa S. Renaker

## [~~PROPOSED~~] ORDER

Good cause appearing, and as stipulated by the parties, the Court hereby orders that Plaintiff's claim for benefits in this case will be reviewed by the Court *de novo*. The limited discovery authorized by the Court in its Order of May 4, 2006, and any discovery requests served by Plaintiff, are rendered moot by the application of the *de novo* standard of review in this case. Plaintiff shall withdraw any discovery requests served in this action and Defendants shall have no obligation to respond. On *de novo* review, the parties shall not conduct any discovery in this action, including but not limited to any discovery regarding the standard of review or the merits of Plaintiff's claims.

**IT IS SO ORDERED.**

DATED: __June 27__, 2006

_____
JEREMY FOGEL
United States District Judge